# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NAIL ALLIANCE, LLC, a Delaware limited liability company, and <br><br> HAND & NAIL HARMONY, INC., a California corporation, <br><br>　　　　Plaintiffs and <br>　　　　Counterclaimant- <br>　　　　Defendants, <br><br>　v. <br><br> POLY-GEL, L.L.C., a New Jersey limited liability company; and DOES 1 through 100, inclusive, <br><br>　　　　Defendants and <br>　　　　Counterclaimant- <br>　　　　Plaintiff. | Case No. 4:17-cv-01026-FJG |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of October, 2018 **Counter-Defendants Nail Alliance, LLC and Hand & Nail Harmony, Inc.'s Amended and Supplemental Initial Disclosures Pursuant to Fed. R. Civ. 26(A)(1)(A) and Expert Report of Hal Poret** were served via electronic mail on:

| | |
|---|---|
| Michael B. Hurd <br> Cheryl Lynn Burbach <br> Christopher W. Dawson <br> HOVEY WILLIAMS LLP <br> 10801 Mastin Blvd. <br> Ste. 1000 <br> 84 Corporate Woods <br> Overland Park, KS 66210 <br> (913) 647-9050 <br> (913) 647-9057 (fax) <br> mbh@hoveywilliams.com <br> clb@hoveywilliams.com <br> cdawson@hoveywilliams.com | Edwin D. Schindler <br> 4 High Oaks Court <br> PO Box 4259 <br> Huntington, New York 11743-0777 <br> (631) 474-5373 <br> edschindler@att.net <br><br> *Attorneys for Defendant/Counterclaimant-Plaintiff* |

Respectfully submitted,

By: /s/ Phillip J. R. Zeeck
    JAY E. HEIDRICK    MO #54699
    PHILLIP J. R. ZEECK    MO #65298
    POLSINELLI PC
    900 West 48th Place
    Kansas City, MO 64112
    Telephone: 816-753-1000
    Facsimile: 816-753-1536
    jheidrick@polsinelli.com
    pzeeck@polsinelli.com

*Attorneys for Plaintiff/Counterclaimant*

2
65708255.1
Case 4:17-cv-01026-FJG   Document 75   Filed 10/17/18   Page 2 of 2